UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GUSTAVE J. LABARRE, JR. ET AL** | **NO. 12-CV-2059 c/w 12-2611** |
| **VERSUS** | **JUDGE JAY C. ZAINEY** |
| **OCCIDENTAL CHEMICAL COMPANY, ET AL.** | **MAG. JUDGE CHASEZ** |

**CORPORATE DISCLOSURE STATEMENT
OF MID-AMERICA RESOURCES CORPORATION**

Pursuant to Federal Rule of Civil Procedure 7.1, Mid-America Resources Corporation (MARC) files this Corporate Disclosure Statement. MARC does not have a parent corporation and no publically held corporation owns a ten percent or larger interest in MARC.

Respectfully submitted,

/s/Stephen C. Hanemann
STEPHEN C. HANEMANN (Bar # 28069)
RICHARD S. PABST (Bar # 17736)
BRITTANY L. BUCKLEY (Bar # 33042)
909 POYDRAS STREET, 14TH FLOOR
NEW ORLEANS, LA 70112
TELEPHONE: 504-585-3050
FACSIMILE: 504-585-3051
**ATTORNEYS FOR MID-AMERICA RESOURCES CORPORATION**

**CERTIFICATE OF SERVICE**

I hereby certify that I have, on this 30th day of November, 2012, served a copy of the foregoing on all counsel of record by filing same with this Court's e-filing (ECF) system.

/s/Stephen C. Hanemann

1

3372398_1.docx