UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LISA T. LEBLANC, ET AL. | CIVIL ACTION |
| VERSUS | NO: 12-2059 C/W 12-2246, 12-2354, 12-2363 |
| TEXAS BRINE, LLC | SECTION: "A" (4) |

<u>ORDER</u>
**[REF: 12-2059]**

Plaintiffs' counsel having informed the Court that there will be no formal opposition filed to Defendant's Motion to Dismiss Clean Water Act Claims (Rec. Doc. 7),

Accordingly;

**IT IS ORDERED** that the **Motion to Dismiss Clean Water Act Claims (Rec. Doc. 7)** is **GRANTED** without prejudice to Plaintiffs' right to move to reassert the claims should it become apparent at a later date that those claims are viable.

March 8, 2013

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE