# Bayou Corne Resident Information

| Tract No. | Last Name | First Name | Primary Residence - Street | Lot No. Subdivision | City | Zip | Assessment No. | Assessed Value |
|---|---|---|---|---|---|---|---|---|
| 2 | Albarado | Donnie J. | 1436 Sauce Piquante Lane | Lot 152 Militus Babin Subdivision | Belle Rose | 70341 | 700000152 | $57,100.00 |
| 1 | Albarado | Agnes | 1458 Sauce Piquante Lane | Lot 141 Militus Babin Subdivision | Belle Rose | 70341 | 700038950 | $58,100.00 |
| 3 | Albarado | Ervin Jr. & Julie G. | 1418-A Jambalaya St | Lot 110 Militus Babin Subdivision | Belle Rose | 70341 | 700001878 | $54,500.00 |
| 4 | Alleman | Ashley | 1451 Hwy 70 S | | Belle Rose | 70341 | 700003060 | $114,188.58 |
| 5 | Alleman | Grady O. & Carla Simoneaux | 1455 Hwy 70 S | | Belle Rose | 70341 | 700003051 | $157,500.00 |
| 6 | Altazin | Kenneth W. | 1430 Jambalaya St | Lot 94 Militus Babin Subdivision | Belle Rose | 70341 | 700000725 | $57,100.00 |
| 7 | Altazin | Louis & Rosa L.A. | 1401 Sauce Picquante Lane | Lot 85 Militus Babin Subdivision | Belle Rose | 70341 | 700004285 | $65,400.00 |
| 8 | Andersen | Scott M. & Louise C. Dupre | 122 Sportsman's Dr | Lots 3, 4 & 5 Sportsman's Paradise Subdivision | Belle Rose | 70341 | 700004425 | $101,400.00 |
| 9 | Arnold | Victoria | 1428-A Jambalaya St | Lots 95 & 96 Militus Babin Subdivision | Belle Rose | 70341 | 700000395 | $104,500.00 |
| 10 | Aucoin | David Paul | 1403 Sauce Piquante Lane | Lots 83 & 84 Militus Babin Subdivision | Belle Rose | 70341 | 700075800 700039183 | $74,400.00 |
| 11 | Benoit | Elizabeth Talbot et vir | 147 Crawfish Stew St | Lot 35 Militus Babin Subdivision | Belle Rose | 70341 | 1700006000 | $77,600.00 |

EXHIBIT 1　　　　　　　　　　　　　　　　　　　　　　　　Page 1　　　　　　　　　　　　　　　　　　　　　　　　2/26/2013

# Bayou Corne Resident Information

| Tract No. | Last Name | First Name | Primary Residence - Street | Lot No. Subdivision | City | Zip | Assessment No. | Assessed Value |
|---|---|---|---|---|---|---|---|---|
| 12 | Bergeron | James & Bessie | 114 Crawfish Stew St | Lot 4 Militus Babin Subdivision | Belle Rose | 70341 | 700008600 | $25,000.00 |
| 13 | Berthelot | Betsy | 1424 Hwy 70 South | Lot 7 Magnolia Ridge Subdivision | Belle Rose | 70341 | 700029528 | $61,680.00 |
| 14 | Bier | Duane D. | 107 Bream | Lot 92 Militus Babin Subdivision | Belle Rose | 70341 | 700009925 | $9,200.00 |
| 21 | Blanchard | Nicolas J. | 117 Gumbo St | Lots 131 Militus Babin Subdivision | Belle Rose | 70341 | 700039775 | $79,000.00 |
| 25 | Blanchard | Lindsey | 1402 Jambalaya St | Lots 128,129 & 130 Militus Babin Subdivision | Belle Rose | 70341 | 700014701 | $59,700.00 |
| 16 | Blanchard | David P. | 1408 Hwy 70 S | Lot 3 Magnolia Ridge Subdivision | Belle Rose | 70341 | 700082963 | $80,000.00 |
| 15 | Blanchard | Brent J. | 1416 Hwy 70 S | Lot 5 Magnolia Ridge Subdivision | Belle Rose | 70341 | 700027651 | $49,200.00 |
| 17 | Blanchard | Francis Verrette, et al | 1410 Sauce Piquante Lane | Lot 165 Militus Babin Subdivision | Belle Rose | 70341 | 700012650 | $56,500.00 |
| 18 | Blanchard | Joseph | 102 French Dr | | Belle Rose | 70341 | | |
| 19 | Blanchard | Katherine & Todd | 1419 Sauce Piquante Lane | Lots 75 & 76 Militus Babin Subdivision | Belle Rose | 70341 | 700017650 | $78,800.00 |

Exhibit 1        Page 2        2/26/2013

# Bayou Corne Resident Information

| Tract No. | Last Name | First Name | Primary Residence - Street | Lot No. Subdivision | City | Zip | Assessment No. | Assessed Value |
|---|---|---|---|---|---|---|---|---|
| 20 | Blanchard | Matthew | 1468 Sauce Piquante Lane | Lots 136 & 171C Militus Babin Subdivision | Belle Rose | 70341 | 700021090 | $68,000.00 |
| 22 | Blanchard | Nikki & Paul | 117 Sportsman's Dr | Lots 31 & 32 Sportsman's Paradise Subdivision | Belle Rose | 70341 | 700046560 | $71,000.00 |
| 23 | Blanchard | Ross | 123 Sportsman's Dr | Lot 28 Sportsman's Paradise Subdivision | Belle Rose | 70341 | 700081830 | $211,000.00 |
| 24 | Blanchard | Shirley A. | 1408-A Jambalaya St | Lots 123 Militus Babin Subdivision | Belle Rose | 70341 | 700003625 | $19,000.00 |
| 26 | Blanchard | Troy J. | 1414 Jambalaya St | Lots 115 Militus Babin Subdivision | Belle Rose | 70341 | 700075525 | $69,600.00 |
| 28 | Boudreaux | Ernest | 1454 Hwy. 70 S | Lots 20 & 21 Magnolia Ridge Subdivision | Belle Rose | 70341 | 70005920 | $47,200.00 |
| 29 | Boudreaux | Harry | 123 Crawfish Stew St | Lot 16 & 17 Militus Babin Subdivision | Belle Rose | 70341 | 700019233 | $16,700.00 |
| 30 | Boudreaux | Mark J. | 1409 Jambalaya St | Lot 12 Magnolia Ridge Subdivision | Belle Rose | 70341 | 700019590 | $89,092.00 |
| 27 | Boudreaux | Clarence J. | 1441 Sauce Piquante Lane | Lots 65 Militus Babin Subdivision | Belle Rose | 70341 | 700019077 | $18,400.00 |

Exhibit 1 — Page 3 — 2/26/2013

## Bayou Corne Resident Information

| Tract No. | Last Name | First Name | Primary Residence - Street | Lot No. Subdivision | City | Zip | Assessment No. | Assessed Value |
|---|---|---|---|---|---|---|---|---|
| 31 | Bourgeois | Crystal | 1409 Jambalaya St | Lot 151 Militus Babin Subdivision | Belle Rose | 70341 | 1700001500 | $36,100.00 |
| 32 | Bourgoyne | Joseph F. | 1440 Sauce Piquante Lane | Lot 150 Militus Babin Subdivision | Belle Rose | 70341 | 700056600 | $1,000.00 |
| 33 | Bourgoyne | Richard & Lesley O. | 1473 Sauce Piquante Lane | Lots 47, 48, 49 & 50 Militus Babin Subdivision | Belle Rose | 70341 | 700020249 | $35,000.00 |
| 34 | Bourque | Sheila S | 1460 Sauce Piquante Lane | Lots 137, 138, 139, & 140 Militus Babin Subdivision | Belle Rose | 70341 | 700085138 | $32,200.00 |
| 35 | Branum | Mona L | 1467 Sauce Piquante Lane | Lot 52 Militus Babin Subdivision | Belle Rose | 70341 | 700020850 | $56,400.00 |
| 36 | Breaux | Gerald | 1447 Hwy 70 S | | Belle Rose | 70341 | | |
| 37 | Breaux | Jarred & Ginger | 1411 Jambalaya St | Lots 13 & 14 Magnolia Ridge Subdivision | Belle Rose | 70341 | 700083450 700075025 | $144,940.00 |
| 38 | Brock | Shirley | Sportsman's Dr | Lot 10 Sportsman's Paradise Subdivision | Belle Rose | 70341 | 700025101 | $19,000.00 |
| 39 | Brown | Harley | 102 Crawfish Stew St | Lot 9 Militus Babin Subdivision | Belle Rose | 70341 | 1700001850 | $22,500.00 |
| 40 | Brown | Ronald T | 142 Sportsman's Dr | Lot 13 Militus Babin Subdivision | Belle Rose | 70341 | 700025650 | $110,950.00 |

Exhibit 1　　　　　　　　　　　　　　　　　　　　　　　Page 4　　　　　　　　　　　　　　　　　　　　　　　2/26/2013

Bayou Corne Resident Information

| Tract No. | Last Name | First Name | Primary Residence - Street | Lot No. Subdivision | City | Zip | Assessment No. | Assessed Value |
|---|---|---|---|---|---|---|---|---|
| 41 | Bryant | Pamela & Ronnie | 163 Crawfish Stew St | Lots 26 & 27 Militus Babin Subdivision | Belle Rose | 70341 | 700025530 | $115,100.00 |
| 42 | Capello | Benjamin | 117 Grand Bayou St | Lot 6 Labarre Subdivision | Belle Rose | 70341 | 700079306 | $119,300.00 |
| 44 | Cavalier | Gary | 1412 Hwy 70 S | Lot 4 Magnolia Ridge Subdivision | Belle Rose | 70341 | 700027341 | $55,440.00 |
| 48 | Cavalier | Percy J. | 1407 Jambalaya St | Lot 11 Magnolia Ridge Subdivision | Belle Rose | 70341 | 700027863 | $162,950.30 |
| 51 | Cavalier | Wallace P & Linda | 1434 Sauce Piquante Lane | Lot 153 Militus Babin Subdivision | Belle Rose | 70341 | 700027153 | $73,000.00 |
| 45 | Cavalier | Haywood | 1430 Sauce Piquante Lane | Lots 154 & 155 Militus Babin Subdivision | Belle Rose | 70341 | 700027154 | $62,200.00 |
| 47 | Cavalier | Mary & Eddie | 1400 Hwy 70 S | Lots 1 & 8 Magnolia Ridge Subdivision | Belle Rose | 70341 | 700026750 | $76,866.51 |
| 50 | Cavalier | Tina | 156 Crawfish Stew St | Lots 32 & 33 Militus Babin Subdivision | Belle Rose | 70341 | 700090425 | $150,000.00 |
| 43 | Cavalier | Charleen & Donald | 1405 Jambalaya St | Lot 10 Magnolia Ridge Subdivision | Belle Rose | 70341 | 700026650 | $77,860.00 |

Exhibit 1                                                                 Page 5                                                                 2/26/2013

Bayou Corne Resident Information

| Tract No. | Last Name | First Name | Primary Residence - Street | Lot No. Subdivision | City | Zip | Assessment No. | Assessed Value |
|---|---|---|---|---|---|---|---|---|
| 46 | Cavalier | Kelli | 1432 Sauce Piquante Lane | Lots 90 & 91 Militus Babin Subdivision | Belle Rose | 70341 | 700103400 | $53,300.00 |
| 49 | Cavalier | Shawn | 1403 Jambalaya St | Lot 9 Magnolia Ridge Subdivision | Belle Rose | 70341 | 700051291 | $33,140.00 |
| 52 | Cedotal | Betty | | | | | | |
| 53 | Chamberlain | Joseph | 1439 Sauce Piquante Lane | Lot 66 Militus Babin Subdivision | Belle Rose | 70341 | 700004375 | $42,700.00 |
| 54 | Charlet | Debra M | 1418 B Jambalaya St | Lot 107 Militus Babin Subdivision | Belle Rose | 70341 | 700052150 | $144,000.00 |
| 55 | Charlet | Jason | 1447 Hwy 70 S | Lot A | Belle Rose | 70341 | 700029710 | $235,700.00 |
| 56 | Circello | Margaret | 1410 Jambalaya St | Lot 121 Militus Babin Subdivision | Belle Rose | 70341 | 700083750 | $45,500.00 |
| 57 | Comeaux | Jan | 1426-B Jambalaya St | Lot 98 Militus Babin Subdivision | Belle Rose | 70341 | 700031406 | $18,400.00 |
| 59 | Coupel | Tammy | 1478 Sauce Piquante Lane | Lot 4 Militus Babin Subdivision | Belle Rose | 70341 | 700032490 | $39,500.00 |
| 58 | Coupel | Steven & Shirley | 114 Sportsman's Dr | Lots 1 & 2 Sportsman's Paradise Subdivision | Belle Rose | 70341 | 700032325 | $53,850.00 |
| 60 | Cox | Joelle M | 1426 Jambalaya St | Lot 100 Militus Babin Subdivision | Belle Rose | 70341 | 700031405 | $55,000.00 |

Exhibit 1　　　　　　　　　　　　　　　　　　　　　　　　　Page 6　　　　　　　　　　　　　　　　　　　　　　　　　2/26/2013

Bayou Corne Resident Information

| Tract No. | Last Name | First Name | Primary Residence - Street | Lot No. Subdivision | City | Zip | Assessment No. | Assessed Value |
|---|---|---|---|---|---|---|---|---|
| 61 | Craig | Arthur | 1413 Sauce Piquante Lane | Lot 79 Militus Babin Subdivision | Belle Rose | 70341 | 700002175 | $48,400.00 |
| 63 | Daigle | Kevin | 1440 Hwy 70 S | | Belle Rose | 70341 | | |
| 62 | Daigle | Joe | 1503 Hwy 70 S | | Belle Rose | 70341 | | |
| 64 | Daigle | Nicholas | 1454 Sauce Piquante Lane | Lots 142 & 143 Militus Babin Subdivision | Belle Rose | 70341 | 1700002450 | $28,000.00 |
| 65 | Daigle | Sara | 1501 Hwy 70 S | | Belle Rose | 70341 | | |
| 66 | Daigre | May & Mike | 141 Crawfish Stew St | Lots 37 & 38 Militus Babin Subdivision | Belle Rose | 70341 | 1700003490 | $101,100.00 |
| 67 | Deaton | Robert | 132 Sportsman's Dr | Lot 8 Sportsman's Paradise Subdivision | Belle Rose | 70341 | 700020532 | $96,250.00 |
| 68 | Denton | Carmen | 1474 Sauce Piquante Lane | Lot 171-A Militus Babin Subdivision | Belle Rose | 70341 | 700083050 | $68,100.00 |
| 69 | Donacricha | Teleca | 103-A Crawfish Stew St | | Belle Rose | 70341 | | |
| 70 | Dugas | Carl | 1453 Sauce Piquante Lane | Lots 59 & 60 Militus Babin Subdivision | Belle Rose | 70341 | 700040159 | $48,400.00 |
| 71 | Dugas | Carl | 1454 Sauce Piquante Lane | Lots 142 & 143 Militus Babin Subdivision | Belle Rose | 70341 | 1700002450 | $28,000.00 |
| 72 | Esquivel | Dickie | 100 Crawfish Stew St | Lot 8 Militus Babin Subdivision | Belle Rose | 70341 | 700020540 | $126,000.00 |

Exhibit 1                                                                                                 Page 7                                                                                          2/26/2013

## Bayou Corne Resident Information

| Tract No. | Last Name | First Name | Primary Residence - Street | Lot No. Subdivision | City | Zip | Assessment No. | Assessed Value |
|---|---|---|---|---|---|---|---|---|
| 73 | Foret | Sandy B | 121 Sportsman's Dr | Lot 29 Sportsman's Paradise Subdivision | Belle Rose | 70341 | 700045070 | $101,992.95 |
| 74 | Fussell | James | 1420 Sauce Piquante Lane | Lot 160 & 161 Militus Babin Subdivision | Belle Rose | 70341 | 700000050 700000051 | $60,000.00 |
| 75 | Gaspard | April | 1411 Sauce Piquante Lane | Lot 80 Militus Babin Subdivision | Belle Rose | 70341 | 1700004670 | $58,400.00 |
| 76 | Gator Corner | | 1230 Hwy 70 S | | Belle Rose | 70341 | 700074582 | $259,726.00 |
| 77 | Gaudet | Ethel | 1433 Sauce Piquante Lane | Lots 69 & 70 Militus Babin Subdivision | Belle Rose | 70341 | 700077700 | $91,800.00 |
| 78 | Gauthier | Donnie | 1408-C Jambalaya St | Lot 127 Militus Babin Subdivision | Belle Rose | 70341 | 1700002350 | $21,100.00 |
| 79 | Gauthier | Ronald | 1406-A Jambalaya St | Lot 126 Militus Babin Subdivision | Belle Rose | 70341 | 700002750 | $27,000.00 |
| 80 | Giambrone | Joan | 1490 Hwy 70 S | | Belle Rose | 70341 | 700041800 | $65,970.00 |
| 81 | Gregoire | Jennifer & Jason | 1408 Sauce Piquante Lane | Lots 166 & 167 Militus Babin Subdivision | Belle Rose | 70341 | 700057065 | $88,000.00 |
| 82 | Gremillion | James | 130 Bayou Corne | | Belle Rose | 70341 | | |
| 83 | Gros | Cassie | 1414 Sauce Piquante Lane | Lots 162, 163, & 164  Militus Babin Subdivision | Belle Rose | 70341 | 700048790 | $102,800.00 |
| 84 | Gros | Donald | 1472 Sauce Piquante Lane | Lot 171-B Militus Babin Subdivision | Belle Rose | 70341 | 1700004775 | $36,100.00 |

Exhibit 1                                                                                              Page 8                                                                                               2/26/2013

## Bayou Corne Resident Information

| Tract No. | Last Name | First Name | Primary Residence - Street | Lot No. Subdivision | City | Zip | Assessment No. | Assessed Value |
|---|---|---|---|---|---|---|---|---|
| 85 | Gros | Emile | 1445 Sauce Piquante Ln | Lot 63 Militus Babin Subdivision | Belle Rose | 70341 | 1700002900 | $23,400.00 |
| 86 | Guilbeau | Preston P | 174 Crawfish Street | | Belle Rose | 70341 | 700049171 | $120,000.00 |
| 87 | Guillot | Lones | 1403 Jambalaya St | Lot 9 Magnolia Ridge Subdivision | Belle Rose | 70341 | 700051291 | $33,140.00 |
| 88 | Hayden | Bethany | 1417 Sauce Piquante Lane | Lot 77 & 78 Militus Babin Subdivision | Belle Rose | 70341 | 700043700 | $118,800.00 |
| 89 | Hebert | Charlotte | 117 Bayou Corne St | | Belle Rose | 70341 | | |
| 90 | Hernandez | Clarence | 170 Crawfish Stew St | Lot 22 Militus Babin Subdivision | Belle Rose | 70341 | 700054630 | $39,000.00 |
| 91 | Hernandez | Shelly or Tim | 143 Sportsman's Dr | Lot 20 Sportsman's Paradise Subdivision | Belle Rose | 70341 | 700008008 | $230,000.00 |
| 92 | Hill | Allen | 1449 Sauce Piquante Ln | Lot 61 Militus Babin Subdivision | Belle Rose | 70341 | 1700003325 | $15,356.00 |
| 93 | Hill | John | 1447 Sauce Piquante Ln | Lot 62 Militus Babin Subdivision | Belle Rose | 70341 | 1700003335 | $20,500.00 |
| 94 | Hood | Samuel | 135 Crawfish Stew St | Lots 40, 41 & 42-A Militus Babin Subdivision | Belle Rose | 70341 | 700055240 | $70,500.00 |
| 95 | Hue | Abbie L | 1443 Hwy 70 S | | Belle Rose | 70341 | 700055860 | $67,650.00 |

Exhibit 1   Page 9   2/26/2013

## Bayou Corne Resident Information

| Tract No. | Last Name | First Name | Primary Residence - Street | Lot No. Subdivision | City | Zip | Assessment No. | Assessed Value |
|---|---|---|---|---|---|---|---|---|
| 96 | Ishmael | Debbie | 1420 Jambalaya St | Lots 104, 105 & 106 Militus Babin Subdivision | Belle Rose | 70341 | 700029705 | $62,400.00 |
| 97 | Jeansonne | Barton | 5250 Goodland Drive | Lots 74 & 75 Militus Babin Subdivision | Baton Rouge LA | 70739 | 1700003500 | $19,800.00 |
| 98 | Johnson | James T. | 159 Crawfish Stew St | Lots 28 & 29 Militus Babin Subdivision | Belle Rose | 70341 | 700057072 | $47,250.00 |
| 99 | Junot | Judy & Sanford | 1442 Sauce Piquante Lane | Lot 149 Militus Babin Subdivision | Belle Rose | 70341 | 700056649 | $18,100.00 |
| 100 | Kern | Kathy | 171 Crawfish Stew St | Lot 23 & 24 Militus Babin Subdivision | Belle Rose | 70341 | 0700046551 0700046523 | $114,600.00 |
| 101 | Lamotte | Carol | 1412 Jambalaya | Lot 118 Militus Babin Subdivision | Belle Rose | 70341 | 1700003660 | $36,100.00 |
| 102 | Landry | Clive | 1457 Sauce Piquante Ln | Lot 57 Militus Babin Subdivision | Belle Rose | 70341 | 1700003675 | $31,400.00 |
| 103 | Landry | Daniel | 1428-A Jambalaya St | Lots 95 & 96 Militus Babin Subdivision | Belle Rose | 70341 | 700000395 | $104,500.00 |
| 104 | Landry | Dennis P & Patricia | 120 Sportsman's Dr | Lots 2 & 3 Militus Babin Subdivision | Belle Rose | 70341 | 700026253 | $109,000.00 |
| 105 | Landry | Elmira & Neil | 140 Sportsman's Dr | Lot 12 Sportsman's Paradise Subdivision | Belle Rose | 70341 | 700063600 | $86,900.00 |

Exhibit 1         Page 10         2/26/2013

Bayou Corne Resident Information

| Tract No. | Last Name | First Name | Primary Residence - Street | Lot No. Subdivision | City | Zip | Assessment No. | Assessed Value |
|---|---|---|---|---|---|---|---|---|
| 106 | Landry | Glenn | 139 Crawfish Stew | Lot 39 Militus Babin Subdivision | Belle Rose | 70341 | 700081285 | $55,200.00 |
| 107 | Landry | Kenneth | 1501-B Hwy 70 South | | Belle Rose | 70341 | | |
| 108 | Landry | Larry | 1463 Sauce Piquante Ln | Lot 54 Militus Babin Subdivision | Belle Rose | 70341 | 1700003750 | $14,200.00 |
| 109 | Landry | Mark & Mona | 1501 A Hwy 70 S | | Belle Rose | 70341 | 800094800 | $7,400.00 |
| 110 | Langlois | Allen | 1424 Jambalaya | Lot 101 Militus Babin Subdivision | Belle Rose | 70341 | 1700003875 | $40,300.00 |
| 111 | Laser Construction | | 1434 Hwy 70S | Lot 15-A Magnolia Ridge Subdivision | Belle Rose | 70341 | 700075152 | $42,000.00 |
| 112 | Lasir | Rhett, Pipsair | 1434 Hwy 70 S | Lots 144,145,146 & 147 Militus Babin Subdivision | Belle Rose | 70341 | 700080675 | $140,000.00 |
| 113 | Latino | Jamie | 126 Sportsman's Dr | Lots 5 & 6 Sportsman's Paradise Subdivision | Belle Rose | 70341 | 700064950 | $115,000.00 |
| 114 | Leblanc | David | 119 Crawfish Stew | Lots 14 & 15 Militus Babin Subdivision | Belle Rose | 70341 | 1700004550 | $29,150.00 |
| 115 | Leblanc | Lynn | 1479 Sauce Piquante Lane | Lot 44 Militus Babin Subdivision | Belle Rose | 70431 | 1700003895 | $45,000.00 |

Exhibit 1　　　　　Page 11　　　　　2/26/2013

Bayou Corne Resident Information

| Tract No. | Last Name | First Name | Primary Residence - Street | Lot No. Subdivision | City | Zip | Assessment No. | Assessed Value |
|---|---|---|---|---|---|---|---|---|
| 116 | Leblanc | Nathan & Lisa | 127 Sportsman's Dr | Lots 26 & 27 Sportsman's Paradise Subdivision | Belle Rose | 70341 | 700066855 | $256,000.00 |
| 117 | LeGleu | Ronald & Liza | 1404 Hwy 70 S | Lot 2 Magnolia Ridge Subdivision | Belle Rose | 70341 | 700082960 | $13,650.00 |
| 118 | Leonard | Vicky & Sterling | 153 Sportsman's Dr | Lots 16 & 17 Sportsman's Paradise Subdivision | Belle Rose | 70341 | 700068201 | $121,250.00 |
| 119 | Litton | Yvonne | 1400 Jambalaya St | Lots A & B Militus Babin Subdivision | Belle Rose | 70341 | 700068250 | $43,500.00 |
| 120 | Looney | Jim & Myrna | 1477 Sauce Piquante Lane | Lots 45, 46 & 47 Militus Babin Subdivision | Belle Rose | 70341 | 700020246 | $70,000.00 |
| 122 | Mabile | Lucas & Kimberly | 1409 Sauce Piquante Lane | Lots 81 & 82 Militus Babin Subdivision | Belle Rose | 70341 | 700038500 | $86,800.00 |
| 121 | Mabile | John | 1444 Sauce Piquante Ln | Lot 148 Militus Babin Subdivision | Belle Rose | 70431 | 700071148 | $80,000.00 |
| 123 | Mabile | Ricky P | 1422 Jambalaya St | Lot 101 Militus Babin Subdivision | Belle Rose | 70341 | 700076160 | $46,300.00 |
| 124 | Marroy | Kenneth | 1428-A Jambalaya St | Lot 97 Militus Babin Subdivision | Belle Rose | 70341 | 700021100 | $42,000.00 |

Exhibit 1   Page 12   2/26/2013

Bayou Corne Resident Information

| Tract No. | Last Name | First Name | Primary Residence - Street | Lot No. Subdivision | City | Zip | Assessment No. | Assessed Value |
|---|---|---|---|---|---|---|---|---|
| 125 | Medine | Evans | 134 Sportsman's Dr | Lot 9 Sportsman's Paradise Subdivision | Belle Rose | 70341 | 700058752 | $98,000.00 |
| 126 | Merritt | Gerald | 107 Crawfish Stew St | | Belle Rose | 70341 | 700076250 | $62,500.00 |
| 127 | Metrejean | Gary | 1406-B Jambalaya St | Lot 125 Militus Babin Subdivision | Belle Rose | 70431 | 700076775 | $85,400.00 |
| 128 | Millett | Sue | 1460-B Sauce Piquante | | Belle Rose | 70431 | | |
| 129 | Mini | Storage | 1428 Hwy 70 S | Lot 15-B Magnolia Ridge Subdivision | Belle Rose | 70431 | 700075151 | $84,660.00 |
| 130 | Mistretta | Gaetano Jr | 102 Bream St | Lot 93 Militus Babin Subdivision | Belle Rose | 70341 | 7000078500 | $30,000.00 |
| 131 | Morvant | Joesph | 113 Crawfish Stew | Lots 12 & 13 Militus Babin Subdivision | Belle Rose | 70431 | 1700004350 | $30,400.00 |
| 132 | Myhand | Rhett | 112 Edmond Lane | Lot 134 Militus Babin Subdivision | Belle Rose | 70431 | 700092025 | $35,000.00 |
| 133 | Naquin | Kyle | 1426-A Jambalaya St | Lot 99 Militus Babin Subdivision | Belle Rose | 70431 | 700002160 | $9,500.00 |
| 134 | Newchurch | Mark & Mona | 117 Grand Bayou St | Lot 6 Labarre Subdivision | Belle Rose | 70341 | 700079306 | $119,300.00 |
| 135 | Overby | Sheila | 137 Sportsman's Dr | Lots 22 & 23 Sportsman's Paradise Subdivision | Belle Rose | 70341 | 700079812 | $99,500.00 |

Exhibit 1    Page 13    2/26/2013

Bayou Corne Resident Information

| Tract No. | Last Name | First Name | Primary Residence - Street | Lot No. Subdivision | City | Zip | Assessment No. | Assessed Value |
|---|---|---|---|---|---|---|---|---|
| 136 | Pace | Winnie | 1408-B Jambalaya | Lot 122 Militus Babin Subdivision | Belle Rose | 70431 | 1700004490 | $42,400.00 |
| 137 | Parks | James | 1410-A Jambalaya | Lots 119 & 120 Militus Babin Subdivision | Belle Rose | 70431 | 700080119 | $74,400.00 |
| 138 | Phillips | Jamie | 1461 Sauce Piquante Lane | Lot 55 Militus Babin Subdivision | Belle Rose | 70341 | 700064955 | $77,500.00 |
| 139 | Pipsair | Rhett | 1446 Sauce Piquante Lane | Lots 144,145,146 & 147 Militus Babin Subdivision | Belle Rose | 70341 | 700080675 | $140,000.00 |
| 140 | Poirrier | Pam | 1419 Jambalaya St | Lot 17 Magnolia Ridge Subdivision | Belle Rose | 70341 | 700038717 | $67,920.00 |
| 141 | Pourciau | Pamela | 145 Sportsman Drive | Lot 19 Sportsman's Paradise Subdivision | Belle Rose | 70431 | 700081123 | $72,500.00 |
| 142 | Pritchard | Marilyn | 111 Crawfish Stew Street | Lots E & F Militus Babin Subdivision | Belle Rose | 70341 | 700058212 | $40,500.00 |
| 143 | Prudomme | Tedd | 1455 Sauce Piquante Ln | Lot 58 Militus Babin Subdivision | Belle Rose | 70431 | 700081127 | $73,400.00 |
| 144 | Rathburn | Linda | 103 Crawfish Stew St | Lot 11 Militus Babin Subdivision | Belle Rose | 70431 | 700081290 | $11,500.00 |

Exhibit 1                                                                 Page 14                                                                 2/26/2013

Bayou Corne Resident Information

| Tract No. | Last Name | First Name | Primary Residence - Street | Lot No. Subdivision | City | Zip | Assessment No. | Assessed Value |
|---|---|---|---|---|---|---|---|---|
| 145 | Reidt | David | 165 Crawfish Stew St | Lots 25 & 26 Militus Babin Subdivision | Belle Rose | 70431 | 700017625 | $82,500.00 |
| 146 | Remodeling | Automotive | 1130 Hwy 70 S | | Belle Rose | 70431 | 700083805 | $64,293.00 |
| 147 | Richie | Randy & Annette | 1459 Sauce Piquante Lane | Lot 56 Militus Babin Subdivision | Belle Rose | 70341 | 700082605 | $80,400.00 |
| 148 | Rivere | Camille | 113 Bayou Corne | | Belle Rose | 70431 | | |
| 149 | Rivere | Tanner | 1418 Sauce Piquante Lane | Lot 160 Militus Babin Subdivision | Belle Rose | 70341 | 700000050 | $25,000.00 |
| 150 | Robert | Herman | 1443 Sauce Piquante Lane | Lot 68 Militus Babin Subdivision | Belle Rose | 70341 | 700083068 | $20,000.00 |
| | Romero | Nicholas | 145 Crawfish Stew St | Lot 36 Militus Babin Subdivision | Belle Rose | 70341 | 700083250 | $61,200.00 |
| 153 | Rousseau | Mandy | 153 Crawfish Stew Street | Lots 29 & 30 Militus Babin Subdivision | Belle Rose | 70341 | 700084650 | $113,250.00 |
| 152 | Rousseau | Deborah | 1426 Sauce Piquante Ln | Lot 158 Militus Babin Subdivision | Belle Rose | 70431 | 1700005950 | $46,800.00 |
| 154 | Rousseau | Randy | 1130 Hwy 70 S | | Belle Rose | 70431 | 700083805 | $64,293.00 |
| 155 | Ruiz | Donald | 149 Sportsman's Dr | Lot 18 Sportsman's Paradise Subdivision | Belle Rose | 70341 | 700083875 | $110,500.00 |
| 156 | Ruiz | John | 111 Edmond Ct | | Belle Rose | 70341 | 700025511 | $66,950.00 |
| 157 | Ruiz | John Jr & Vera | 113 Edmond Ct | Lot 135 Militus Babin Subdivision | Belle Rose | 70341 | 700083910 | $65,000.00 |

Exhibit 1        Page 15        2/26/2013

**Bayou Corne Resident Information**

| Tract No. | Last Name | First Name | Primary Residence - Street | Lot No. Subdivision | City | Zip | Assessment No. | Assessed Value |
|---|---|---|---|---|---|---|---|---|
| 158 | Saia | Lucy | 138 Sportsman's Dr | Lot 11 Sportsman's Paradise Subdivision | Belle Rose | 70431 | 700084111 | $42,500.00 |
| 159 | Sanchez | Sandy | 1439 Hwy 70 S | | Belle Rose | 70341 | 700084690 | $101,450.00 |
| 160 | Sandford | Randy | 1469 Sauce Piquante Ln | Lot 50 Lot 51 Strip of land running from Sauce Piquante Lane to canal Militus Babin Subdivision | Belle Rose | 70431 | 700051076 | $125,900.00 |
| 161 | Schaff | Michael | 108 Crawfish Stew St | Lot 5 Lot 6 Lot 7 Militus Babin Subdivision | Belle Rose | 70341 | 700085425 | $49,050.00 |
| 162 | Scioneaux | Lundy | 1402 Sauce Piquante Ln | Lot 168 Lot 169 Lot 170 Militus Babin Subdivision | Belle Rose | 70431 | 700085503 | $48,300.00 |
| 163 | Scioneaux | Tommy | 101 Crawfish Stew St | Lot 10 Lot 11 Militus Babin Subdivision | Belle Rose | 70431 | 700085502 | $154,700.00 |

Exhibit 1     Page 16     2/26/2013

Bayou Corne Resident Information

| Tract No. | Last Name | First Name | Primary Residence - Street | Lot No. Subdivision | City | Zip | Assessment No. | Assessed Value |
|---|---|---|---|---|---|---|---|---|
| 164 | Simoneaux | Kenneth & Cathy | 1434 Jambalaya St | Lot 86 Lot 87 Lot 88 Strip of Jambalaya St. Militus Babin Subdivision Lot 22 Magnolia Ridge Subdivision | Belle Rose | 70341 | 700087125 | |
| 165 | Simoneaux | Telesia R | 1420 Hwy 70 South | Lot 6 Magnolia Ridge Subdivision | Belle Rose | 70341 | 700067415 | $73,456.85 |
| 166 | Smart | John | 149 Crawfish Stew St | Lot 33 Lot 34 Militus Babin Subdivision | Belle Rose | 70341 | 700087193 | $53,000.00 |
| 167 | Tauric | Theodule | 1412 A Jambalaya St | Lot 117 Militus Babin Subdivision | Belle Rose | 70431 | 700000470 | $46,600.00 |
| 168 | Templet | Danny & Jennifer | 133 Sportsman's Dr | Lot 25 Sportsman Paradise Subdivision | Belle Rose | 70341 | 700089350 | $137,000.00 |
| 169 | Theriot | Joesph | 1414-B Jambalaya St | Lot 113 Militus Babin Subdivision | Belle Rose | 70431 | 700093350 | $27,400.00 |

Exhibit 1    Page 17    2/26/2013

**Bayou Corne Resident Information**

| Tract No. | Last Name | First Name | Primary Residence - Street | Lot No. Subdivision | City | Zip | Assessment No. | Assessed Value |
|---|---|---|---|---|---|---|---|---|
| 170 | Thibodaux | Betty | 1428 Sauce Piquante Lane | Lot 156 Lot 157 Militus Babin Subdivision | Belle Rose | 70341 | 700096003 | $46,100.00 |
| 171 | Thompson | Krista | 1426-A Jambalaya St | Lot 99 Militus Babin Subdivision | Belle Rose | 70341 | 700002160 | $9,500.00 |
| 172 | Thrasher | Warren | 1416-A Jambalaya St | Lot 110 Lot 111 Lot 112 Militus Babin Subdivision | Belle Rose | 70431 | 1700002662 | $24,500.00 |
| 173 | Van Veckhoven | Janis | 1425 Sauce Piquante Lane | Lot 72 Lot 73 Militus Babin Subdivision | Belle Rose | 70341 | 1700004250 | $78,500.00 |
| 174 | Vaughn | Beverly & Joey | 135 Sportsman's Dr | Lot 24 Sportsman Paradise Subdivision | Belle Rose | 70341 | 700095295 | $158,000.00 |
| 175 | Vaughn | Ginger & Clint | 139 Sportsman's Dr | Lot 21 Lot 22 Sportsman Paradise Subdivision | Belle Rose | 70341 | 700095290 | $299,927.82 |
| 176 | Vedros | Ricky & Gina | 6220 Hwy 69 |  | Belle Rose | 70341 | 700085716 | $52,350.00 |
| 177 | Vice | Catherine & William | 144 Sportsman's Dr | Lot 14 Sportsman Paradise Subdivision | Belle Rose | 70341 | 700095840 | $63,500.00 |

Exhibit 1                    Page 18                    2/26/2013

**Bayou Corne Resident Information**

| Tract No. | Last Name | First Name | Primary Residence - Street | Lot No. Subdivision | City | Zip | Assessment No. | Assessed Value |
|---|---|---|---|---|---|---|---|---|
| 178 | Vincent | Marvin & Carol | 1465 Sauce Piquante Lane | Lot 53 Militus Babin Subdivision | Belle Rose | 70341 | 700095975 | $54,400.00 |
| 179 | Weber | Jamie & Veranda | 1506 Hwy 70 South | | Belle Rose | 70341 | | |
| 180 | Welch | Henry | 1432 Jambalaya St | Lot 90 Lot 91 Militus Babin Subdivision | Belle Rose | 70341 | 700103400 | $53,300.00 |
| 181 | White | Terry | 1429 Sauce Piquante Ln | Lot 71 Militus Babin Subdivision | Belle Rose | 70431 | 1700003200 | $23,400.00 |
| 182 | Womack | Sidney | 1165 Gurney Road | Lot 157 Lot 158 Lot 159 Militus Babin Subdivision | Baker | 70914 | 1700005950 | $46,800.00 |

Exhibit 1    Page 19    2/26/2013