UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LISA T. LEBLANC, ET AL. | CIVIL ACTION |
| VERSUS | NO. 12-2059 & CONSOLIDATED CASES |
| TEXAS BRINE CO., LLC, ET AL. | SECTION A(5) |

### ORDER AND REASONS
**[Ref: All Cases]**

The following motions are before the Court: **Motion to Dismiss or Stay (Rec. Doc. 1239)** filed by third-party defendant St. Paul Fire and Marine Insurance Co.; **Motion to Dismiss or Stay (Rec. Doc. 1240)** filed by third-party defendants Gulf Underwriters Insurance Co. and St. Paul Surplus Lines Insurance Co.; **Motion to Dismiss (Rec. Doc. 1274)** filed by third-party defendant Chicago Insurance Co. Texas Brine Co, LLC opposes the motions. The motions, noticed for submission on November 30, 2016, and December 11, 2016, are before the Court on the briefs without oral argument.

As Texas Brine points out in its oppositions, the Court has previously considered and rejected Movants' Rule 12(b) arguments when they were raised by other similarly situated parties. Further, the Court declines to stay the third-party demands pending in the federal litigation absent an agreement by the involved parties to do so.

Accordingly;

IT IS ORDERED that the **Motions to Dismiss (Rec. Docs. 1239 1240 1274)** are **DENIED**;

IT IS FURTHER ORDERED that the motions for leave to file replies **(Rec. Docs. 1295 1297)** are **GRANTED**.

January 9, 2017

                                                                  _____
                                                                          JUDGE JAY C. ZAINEY
                                                                     UNITED STATES DISTRICT JUDGE