UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LISA T. LEBLANC, ET AL. | CIVIL ACTION |
| VERSUS | NO. 12-2059 C/W<br>12-2246, 12-2354, 12-2363, 12-2611,<br>13-4952, 13-5016, 13-5045, 13-5227, 13-5804, 13-5563, 13-5549, 13-7793 |
| TEXAS BRINE COMPANY, LLC, ET AL. | SECTION "A"(5) |
| *This pleading relates to:*<br>Civ. Action No. 13-5227 (*Sanchez*) | JUDGE ZAINEY<br>MAGISTRATE JUDGE NORTH |

## UNOPPOSED MOTION TO EXTEND DEADLINES

Plaintiffs file this Unopposed Motion to Extend the deadlines for the filing of the final list of fact and expert witnesses and for the filing of the exhibits lists, as more fully explained in the attached memorandum.

Respectfully submitted,

By: */s/ Lawrence J. Centola, III*

CALVIN C. FAYARD, Jr.
Fayard & Honeycutt
519 Florida Ave, SW
Denham Springs, LA 70726


LAWRENCE J. CENTOLA, III (#27402)
MARTZELL, BICKFORD & CENTOLA
338 Lafayette Street
New Orleans, Louisiana 70130

MATTHEW B. MORELAND
Becnel Law Firm, LLC
106 W. Seventh St.
Reserve, LA 70084

RICHARD PERQUE
Law Offices of Richard Perque, LLC
700 Camp St.
New Orleans, LA 70130

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2018, I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

/s/ Lawrence J. Centola, III