UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LISA T. LEBLANC, ET AL. | CIVIL ACTION |
| VERSUS | NO. 12-2059 C/W<br>12-2246, 12-2354, 12-2363, 12-2611,<br>13-4952, 13-5016, 13-5045, 13-5227, 13-5804, 13-5563, 13-5549, 13-7793 |
| TEXAS BRINE COMPANY, LLC, ET AL. | SECTION "A"(5) |
| *This pleading relates to:*<br>Civ. Action No. 13-5227 (*Sanchez*) | JUDGE ZAINEY<br>MAGISTRATE JUDGE NORTH |

**MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION TO EXTEND DEADLINES**

Plaintiffs submit the following Memorandum in support of their Motion to Extend the deadlines for discovery, for the filing of the final list of fact and expert witnesses and for the filing of the exhibits lists.

Pursuant to the Case Management Order for Damages Trial (Rec.Doc. 1733), the discovery deadline is October 18, 2018. Because of counsel and expert schedules, the parties have agreed to extend the discovery deadline through November 2, 2018. All expert depositions have now been set. The parties request that this Court grant the motion to extend the discovery deadline until November 2, 2018 to allow the parties to move forward with the depositions that have been scheduled.. This requested discovery extension will not disrupt the bellwether damages trial set for December 3, 2018 nor will it disrupt the pre-trial conference scheduled for November 13, 2018.

Pursuant to the Case Management Order for Damages Trial (Rec.Doc. 1733), the plaintiffs' deadline to submit final witness and exhibit lists is October 18, 2018, and the defendants' deadline to submit final witness and exhibit lists is October 29, 2018. The parties have agreed to extend those deadlines so that the plaintiffs' deadline to submit final witness and exhibit lists would be November 2, 2018, and the defendants' deadline to submit final witness and exhibit lists would be

1

November 12, 2018. The parties request that this Court grant the motion to extend the deadlines to file final witness and exhibits lists. This requested discovery extension will not disrupt the bellwether damages trial set for December 3, 2018 nor will it disrupt the pre-trial conference scheduled for November 13, 2018.

For the reasons stated above, the Plaintiffs request that this motion be granted.

RESPECTFULLY SUBMITTED:

By: /s/ *Lawrence J. Centola, III*

D. BLAYNE HONEYCUTT (#18264)
CALVIN C. FAYARD, JR. (#5486
  Fayard & Honeycutt
  519 Florida Boulevard
  Denham Springs, LA 70726

LAWRENCE J. CENTOLA, III (27402)
Martzell & Bickford
338 Lafayette Street
New Orleans, LA 70130

MATTHEW B. MORELAND (#24567)
Becnel Law Firm, LLC
106 W. Seventh Street
Reserve, LA 70084

RICHARD PERQUE (#30669)
Law Offices of Richard Perque, LLC
700 Camp Street
New Orleans, LA 70130

**PLAINTIFF STEERING COMMITTEE**

3

## Certificate of Service

I hereby certify that on this 19 day of October, 2018, a copy of the above and foregoing has been electronically filed with the Clerk of Court using the CM/ECF system, which then sent notification of such filing to all counsel of record.

By: /s/ *Lawrence J. Centola, III*