UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DIANNE SANCHEZ, et al. | CIVIL ACTION |
| VERSUS | NO. 12-2059 C/W<br>12-2246, 12-2354, 12-2363, 12-2611, 13-4952, 13-5016, 13-5045, 13-5227, 13-5804, 13-5563, 13-5549, 13-7793 |
| TEXAS BRINE COMPANY, LLC, et al. | SECTION "A"(5) |
| *This pleading relates to:*<br>*ALL CASES.* | JUDGE ZAINEY |
| | MAGISTRATE JUDGE NORTH |

## ORDER

CONSIDERING Plaintiffs' Unopposed Motion to Extend the deadlines for discovery:

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that the Motion to Extend the deadlines for discovery is hereby **GRANTED.**

The discovery deadline previously set for October 19, 2018 is extended until November 2, 2018.

The plaintiffs' deadline to submit final witness and exhibit lists previously set for October 19 is extended until November 2, 2018.

The defendants' deadline to submit final witness and exhibit lists previously set for October 29 is extended until November 12, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE