UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DIANNE SANCHEZ, et al.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 12-2059 C/W**<br>12-2246, 12-2354, 12-2363, 12-2611, 13-4952, 13-5016, 13-5045, 13-5227, 13-5804, 13-5563, 13-5549, 13-7793 |
| **TEXAS BRINE COMPANY, LLC, et al.** | **SECTION "A"(5)** |
| *This pleading relates to:*<br>*ALL CASES.* | **JUDGE ZAINEY**<br><br>**MAGISTRATE JUDGE NORTH** |

## FOURTH AMENDED AND SUPPLEMENTAL CLASS ACTION COMPLAINT

Putative Class Plaintiffs hereby amend and supplement their First Amended and Supplemental Complaint [Doc. 416], their Second Amended and Supplemental Complaint [Doc. 790] and their Third Amended and Supplemental Complaint [Doc. 791], as follows:

I.

By adding the following as Paragraphs 70 and 71:

70.

St. Paul Fire & Marine Insurance Company ("St. Paul") is a foreign insurance company authorized to do business in Louisiana and has designated the Louisiana Secretary of State, 8585 Archives Ave., Baton Rouge, LA 70809, as its agent for service of process. St. Paul issued various liability policies naming Texas Brine as an insured including, but not limited to, (1) No. ZUP-14P65996-12-NF with a policy period of March 1, 2012 to March 1, 2013 (the "St. Paul Excess Policy"). St. Paul is an excess insurer. Upon information and belief, the coverage underlying St. Paul's coverage has been exhausted.

1

71.

Plaintiffs reiterate all the allegations contained in the Third Amended and Supplemental Class Action Complaint, the Second Amended and Supplemental Class Action Complaint, the First Amended and Supplemental Class Action Complaint and the original Class Action Complaint.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiffs and the Class Members demand judgment against Defendants, jointly, severally and *in-solido*, providing the following relief:

1. Civil penalties in the maximum amount allowed by law for each day and each violation;
2. Economic and compensatory damages in amounts to be determined at trial;
3. Remediation of Land;
4. Pre-judgment and post-judgment interest at the maximum rate allowed by law;
5. Attorney's fees and expenses;
6. Past and future medical monitoring;
7. Injunctive relief enjoining the Defendants' unlawful activities and ongoing discharges Prohibited Contaminants;
8. Class Certification, and
9. Such other and further relief available and any relief the Court deems just and appropriate.

Respectfully submitted,

By: /s/ Lawrence J. Centola, III

LAWRENCE J. CENTOLA, III (#27402)
**MARTZELL & BICKFORD**
338 Lafayette Street
New Orleans, Louisiana 70130

CALVIN C. FAYARD, Jr.
**Fayard & Honeycutt**
519 Florida Ave, SW
Denham Springs, LA 70726

MATTHEW B. MORELAND
**Becnel Law Firm, LLC**
106 W. Seventh St.
Reserve, LA 70084

RICHARD PERQUE
**Law Offices of Richard Perque, LLC**
700 Camp St.
New Orleans, LA 70130

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2018, I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

/s/ Lawrence J. Centola, III

3