UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DIANNE SANCHEZ, ET AL** )<br>) | |
| ) | **CIVIL ACTION NO. 13-cv-5227** |
| Plaintiff(s), ) | |
| **VERSUS** ) | **SECTION: "A"  MAGISTRATE 4** |
| ) | |
| ) | **JUDGE ZAINEY** |
| **TEXAS BRINE, CO., LLC, ET AL** ) | |
| **MAGISTRATE JUDGE** ) | **MAGISTRATE NORTH** |
| ) | |
| Defendant(s). ) | |

### ORDER

Considering the plaintiffs Motion for Payment of Administrative Costs (2073);

**IT IS HEREBY ORDERED** that Postlethwaite & Netterville, the Court Appointed Disbursing Agent in this matter, issue payment of $7,639.47 to Ralph Tureau, the Special Master and $88,832.44 to Postlethwaite & Netterville for administrative fees, costs, and expenses from September 1, 2018 through February 28, 2019. Motion no. 2067 is MOOT.

**THUS DONE AND SIGNED** on this   5th   day of      April     , 2019 in New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE