MINUTE ENTRY
ZAINEY, J.
DECEMBER 4, 2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LISA T. LEBLANC, et al                          CIVIL ACTION

VERSUS                                          NO: 12-2059 Ref: 13-5227 Saizon

TEXAS BRINE COMPANY, LLC                        SECTION: A

BENCH TRIAL
Day 2

COURT REPORTER: Alexis Vice
CASE MANAGER: James Crull / Sherry Adams
LAW CLERK: Pam Starns

APPEARANCES:
D. Blayne Honeycutt, Lawrence Centola, III and Lana Chaney, Counsel for plaintiff Peggy
Saizon;
Peter Hilbert, Jr. and Christopher Chocheles, counsel for Texas Brine.

Trial resumed from December 3, 2019.
All present and ready 9:40 a.m.
Testimony of **Reda Bakeer** resumed.
Defendant rests.
Rebuttal witness: **Peggy Saizon**.
Exhibit #48 admitted.
Plaintiff rests.
Proposed Finding of Fact and Conclusions of Law are due January 10, 2020.  No responses
allowed.
Matter taken under advisement.
Trial completed 10:10 a.m.

JS-10:  0:30