**UNITED STATES DISTRICT COURT**
                    **EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **LISA LeBLANC, ET AL** | CIVIL ACTION NO.: 12-2059 C/W |
| | 12-2246, 12-2354, 12-2363, 12-2611, |
| **VS.** | 13-4952, 13-5016, 13-5045, 13-5227, |
| | 13-5408, 13-5549 & 13-5563 |
| **TEXAS BRINE, COMPANY, LLC** | |
| **ET AL** | SECTION: "A"(5) |
| | |
| *This pleading relates to*: | Hon. Jay Zainey, Judge |
| *Brown, No. 13-5449* | Michael North, Magistrate Judge |

### CORRECTED - *WILL CALL* WITNESS LIST FOR ELAINE DUPRE

COMES NOW, BEFORE THE COURT, plaintiff Elaine H. Dupre, who lists her witnesses as follows:

1. Elaine Dupre, all issues

2. Wanda Wawrose, property and its use, impact on Elaine
   308 Hermatage Dr
   Thibodeaux, LA 70301
   (985) 438-9238

3. **Brandon Domaingue**[1], property use, impact on Elaine
   101 Marie Circle
   Houma, LA 70360
   (985) 360-6187

4. Brenda Perera, property and its use, impact on Elaine
   126 Project Rd
   Schriever, LA 70395
   (985) 271-1381

5. Rosslyn Stone, expert Realtor on local property values
   Rosslyn Stone Real Estate
   2049 Levee Hwy
   Pierre Part, LA 70339
   (985) 252-9204

6. Plaintiff consulted with several appraisers for trial, and narrowed it down to two, one of whom will be called, to wit:
   A.   Michael J. DeFelice, MAI

---

[1] The witness list filed Feb 6, 2020, *incorrectly* showed the last name as: Wawrose.

        22820 Old Scenic Highway
        Zachary, La. 70791
        (225) 658-2790

    B.    Andrew J. Marshall, Jr, Appraiser, property damages
        Allsouth Appraisal Group
        516 Tallow Tree Dr
        Madisonville Louisiana 70447
        (504) 638-4941

7.    Donald J. Loland, lending practices - property damages
    23405 Eden St.
    Plaquemine, LA 70765
    (225) 687-2091

8.    Malcolm J. Peytavin, lending practices - property damages
    2811 Hwy. 20
    Vacherie, LA 70090
    (225) 265-2265

9.    Todd Foles, lending practices - property damages
    210 North Canal Boulevard
    Thibodaux, LA 70301
    (985) 447-0126

NOTE: *An informal report was due from defendant's appraiser, Michael Truax, on 01-31-20, which has not yet been received. Upon receipt of said report Elaine Dupre may remove witnesses listed herein*.

                RESPECTFULLY SUBMITTED:

                */s/ Harley M. Brown*
                Harley M. Brown, Bar #17926
                for Elaine Dupre
                854 Main Street
                Baton Rouge, LA 70802
                Tel: (225) 336-0353
                Fax: (225) 336-0365
                hmbrownaplc@bellsouth.net

**CERTIFICATE OF SERVICE AND ELECTRONIC FILING**

    I hereby certify that a copy of the above and foregoing has been electronically filed with the Clerk of Court using the CM/ECF system, which sent notice of filing to all counsel or record this 7th day of February, 2020.

                */s/ Harley M. Brown*
                Harley M. Brown, LSBA #17926