UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LISA LEBLANC, ET AL. | CIVIL ACTION NO.: 12-2059 C/W 12-2246, 12-2354, 12-2363, 12-2611 13-4952, 13-5016, 13-5038, 13-5045, 13-5227, 13-5408, 13-5549, 13-5563, 13-5793, 13-6026 and 13-6412 |
| VS. | |
| TEXAS BRINE CO., LLC, ET AL. | SECTION: "A" (5)  This pleading applies to: *ALL CASES* |

REPORT AND RECOMMENDATION NO. 10
**********************************************************************

**MAY IT PLEASE THE COURT**:

The LeBlanc Class settlement was approved August 13, 2014. (Rec. Doc. 397). The bulk of the settlement funds have been disbursed in accordance with the terms of the Settlement Agreement and Court Orders approving same.

As of August 31, 2020, the balance remaining in the LeBlanc Class Cost Reserve (3% of the Settlement Fund) was $825,636.78, with only minimal costs payables. These funds have now reverted to the LeBlanc Settlement Class claimants and are available for payment less administrative costs incurred.

After consultation with the Plaintiffs' Steering Committee (PSC), it is recommended that $4,400.00 be paid to each of the 87 resident homeowner claimants and that $2,200.00 be paid to each of the remaining claimants. Further it is recommended the "trial pool" properties' owners be allocated $500.00 per property to offset personal expenses and time spent in trial preparation.

The expenses related to the proposed distribution cannot be exactly projected due to the procedural requirements required to deal with the deaths of various claimants as well as minors. The excess of the cost reserve not used for the distribution proposed, if any, is recommended to be designated as a *Cy Pres* award to the Pierre Part Volunteer Fire Department (the PPVFD).

Bayou Corne is within this department's jurisdiction, members of which were some of the first responders to the sinkhole disaster which occurred on or about August 3, 2012. As detailed in the attached Exhibit B, the PPVFD is in critical need of funds.

Additionally, the Court previously fixed an attorneys fee award of 25% of the Settlement Fund, divided between private counsel and common benefit counsel. (Rec. Doc. 497) The fees to private counsel have been paid in full. However, the Court withheld payment of a portion of the common benefit fee previously awarded, resulting in a current balance as of August 31, 2020, of $427,625.97. It is recommended the remaining balance of the common benefit fee be distributed to the PSC members in the same percentage as previously fixed, to-wit:

| Name | Percentage | Amount |
|---|---|---|
| Richard Perque | 7% | $29,933.81 |
| Matt Moreland | 10% | $42,762.60 |
| Heidi Gould | 12% | $51,315.12 |
| Lana Chaney | 12% | $51,315.12 |
| Martzell & Bickford | 26% | $111,182.75 |
| Fayard & Honeycutt | 33% | $141,116.57 |

The undersigned respectfully submits this report and recommendation.

Thus done and signed, this 2nd day of November, 2020, Denham Springs, Louisiana.

Respectfully submitted,

s/A. Shelby Easterly, III
A.SHELBY EASTERLY, III
Special Master
39538 Highway 16
Denham Springs, La. 70706
225.664.0001
ase@easterlylaw.com

## **CERTIFICATE OF SERVICE**

I do hereby certify that a copy of the foregoing Report and Recommendation No. 10 has been served upon all counsel of record via the Court's CM/ECF system on this 2nd day of November, 2020.

s/A. Shelby Easterly, III<br>
A. Shelby Easterly, III<br>
Special Master