# Texas Brine – LeBlanc Settlement
# Cy Pres Award Recommendation

There is no actual Bayou Corne community that could benefit from a Cy Pres Award. We think the best possible Cy Pres Award would be to make an award to the **Pierre Part Volunteer Fire Department.** Bayou Corne and Pierre Part are very closely associated. This award would best serve the Bayou Corne community, as opposed to, say, Paincourtville or Belle Rose (Bayou Corne's other neighbors). Many of our residents that moved from Bayou Corne now live in Pierre Part, or have family members in Pierre Part, that would benefit from this award.

The case for the award going to the Fire Department:

- ALL VOLUNTEER DEPARTMENT
- Serves all of Pierre Part and the South side of Bayou Corne - still responds to calls on the North side (the bayou divides the Paincourtville Fire Department from Pierre Part Fire Department). Even though it would be a Paincourtville call for the residents that remain in Bayou Corne - the Pierre Part Fire Department responds
- The Pierre Part Fire Department gets a millage that makes up 60-70% of their funding - the remainder comes from fundraising

The extra funding would be used for:

- Supplement their main fundraiser (Annual Food Fest raising approximately $100k) which was cancelled as a result of COVID-19
- The Department to pay for its volunteer personnel and staff training: 38 Firefighters; 3 Paramedics; 8 EMT's; 1 Physician's Assistant; 2 Nurses; 13 First Responders; and
- Maintenance of 6 trucks and 3 stations

The Pierre Part Volunteer Fire Department responds to approximately 400 calls per year in both the Bayou Corne area and Pierre Part area, and of these calls, approximately 350 are medical calls. Because the nearest ambulance service is in Napoleonville, an ambulance may take 30 minutes to arrive at the scene. The Pierre Part Volunteer Fire Department arrives in a very few minutes and has saved many lives.

This Cy Pres Award would be greatly appreciated by both Bayou Corne and Pierre Part.

Exhibit B