## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LISA T. LEBLANC, ET AL** | **CIVIL ACTION NO. 12-2059** |
| Plaintiff(s), | |
| **VERSUS** | |
| | **SECTION: "A" (4)** |
| **TEXAS BRINE, CO., LLC, ET AL** | |
| | **MAGISTRATE JUDGE** |
| Defendant(s) | |

**Ref Case: 13-cv-5227 (*Sanchez*)**

## MOTION FOR PAYMENT OF ADMINISTRATIVE COSTS

**NOW INTO COURT**, through undersigned counsel come the plaintiffs who respectfully represent that:

1.

Pursuant to this Court's previous Order, a reserve has been set aside for the payment of attorneys' fees, litigation cost and administrative cost.

2.

Further, pursuant to this Court's Order, Ralph Tureau was appointed as Special Master and Postlethwaite & Netterville as the Court Appointed Disbursing Agent. Since October 1, 2019 and through September 15, 2021 the Court Appointed Disbursing Agent has incurred $38,451.81 in fees, costs and expenses (see Exhibit A).

**WHEREFORE** the plaintiffs respectfully request that this Court approve these administrative fees, costs, and expenses from October 1, 2019 through September 15, 2021, and authorize the Court Appointed Disbursing Agent to pay the same.

RESPECTFULLY SUBMITTED:

By: */s/ D. Blayne Honeycutt*
D. BLAYNE HONEYCUTT (#18264)
CALVIN C. FAYARD, JR. (#5486)
Fayard & Honeycutt
519 Florida Boulevard
Denham Springs, LA 70726

LAWRENCE J. CENTOLA, III (27402)
Martzell , Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130

MATTHEW B. MORELAND (#24567)
Jim Hall & Associates
800 N. Causeway Boulevard
Metairie, LA 70001

RICHARD PERQUE (#30669)
Law Offices of Richard Perque, LLC
700 Camp Street
New Orleans, LA 70130

**PLAINTIFF STEERING COMMITTEE**

**Certificate of Service**

I hereby certify that on this 20th day of September, 2021, a copy of the above and foregoing has been electronically filed with the Clerk of Court using the CM/ECF system, which then sent notification of such filing to all counsel of record.

*/S/ D. Blayne Honeycutt*
D. Blayne Honeycutt