

**Postlethwaite & Netterville**

*Please remit to: 8550 United Plaza Blvd. Ste. 1001*
*Attn: Accounts Receivable*
*Baton Rouge, LA 70809*
*(225) 922-4600*

**Leblanc v Texas Brine Et Al - Sanchez QSF**
8550 United Plaza Blvd
Suite 1001
Baton Rouge, LA 70809

*Invoice No.*   941543
*Date*          09/16/2021
*Client No.*    BSIN050

For claims administration services rendered and direct expenses incurred (per attached line item detail) for the period from 10/01/2019 through 09/15/2021 re: Sinkhole Land Class Action.

Amount Due:    $ 38,451.81

| 0 - 30 | 31- 60 | 61 - 90 | 91 - 120 | Over 120 | Balance |
|---|---|---|---|---|---|
| 14,311.68 | 0.00 | 0.00 | 0.00 | 10,824.38 | 25,136.06 |

Invoice is due upon receipt. Please return a copy of this invoice with your payment.

Postlethwaite & Netterville now accepts credit cards.
A 3% surcharge will be assessed on credit card transactions.

Thank you for the privilege of working with you.



EXHIBIT A

| EMPLOYEE | DATE | HOURS | Fees | Expenses | MEMO |
|---|---|---|---|---|---|
| Aldridge R | 10/1/2019 | 0.75 | $ 127.50 | $ - | Project Management |
| Aldridge R | 10/3/2019 | 1.25 | $ 212.50 | $ - | Project Management |
| Louis T | 10/3/2019 | 0.49 | $ 51.45 | $ - | Project Management (Ap) |
| Mire D | 10/3/2019 | 0.5 | $ 127.50 | $ - | Sinkhole - Project Management |
| Aldridge R | 10/7/2019 | 1.1 | $ 187.00 | $ - | Project Management |
| Aldridge R | 10/8/2019 | 0.5 | $ 85.00 | $ - | Court Motion Review |
| Aldridge R | 10/9/2019 | 0.7 | $ 119.00 | $ - | Project Management |
| Aldridge R | 10/16/2019 | 0.25 | $ 42.50 | $ - | Project Management |
| Louis T | 10/17/2019 | 0.43 | $ 45.15 | $ - | Project Management (Bank Reconciliation Coordination) |
| Aldridge R | 10/17/2019 | 2.6 | $ 442.00 | $ - | Reporting |
| Tindall T | 10/18/2019 | 0.33 | $ 21.45 | $ - | Bank Reconciliations |
| Louis T | 10/25/2019 | 0.62 | $ 65.10 | $ - | Project Management (Accounting Status Update Coordination); Processed Administrative Payment |
| McGimsey A | 10/28/2019 | 0 | $ - | $ 35.13 | Disbursement System Maintenance - 9/1/2019 |
| McGimsey A | 10/28/2019 | 0 | $ - | $ 65.00 | Accounting System Maintenance - 9/1/2019 |
| Bergeron M | 11/4/2019 | 0.25 | $ 36.25 | $ - | Bank Reconciliation Review |
| Staley M | 11/5/2019 | 0.25 | $ 85.00 | $ - | Fee Approvals |
| Tindall T | 11/8/2019 | 0.08 | $ 5.20 | $ - | Bank Reconciliation |
| Louis T | 11/26/2019 | 0.2 | $ 21.00 | $ - | Banking/Accounting Review |
| McGimsey A | 11/30/2019 | 0 | $ - | $ 40.56 | Disbursement System Maintenance - 10/1/2019 |
| McGimsey A | 11/30/2019 | 0 | $ - | $ 58.53 | Accounting System Maintenance - 10/1/2019 |
| Louis T | 12/4/2019 | 0.2 | $ 21.00 | $ - | Tax Coordination |
| Louis T | 12/9/2019 | 0.2 | $ 21.00 | $ - | Bank Reconciliation Coordination |
| Duhon S | 12/10/2019 | 0.08 | $ 14.00 | $ - | Disbursement System Software Support |
| Tindall T | 12/16/2019 | 0.25 | $ 16.25 | $ - | Bank Reconciliations |
| McGimsey A | 12/26/2019 | 0 | $ - | $ 31.95 | Disbursement System Maintenance - 11/1/2019 |
| McGimsey A | 12/26/2019 | 0 | $ - | $ 57.22 | Accounting System Maintenance - 11/1/2019 |
| Aldridge R | 1/7/2020 | 0.25 | $ 42.50 | $ - | Info Updates |
| Aldridge R | 1/9/2020 | 0.25 | $ 42.50 | $ - | Claimant Communication |
| Louis T | 1/14/2020 | 0.3 | $ 31.50 | $ - | Review Of Correspondence From Class Counsel; Reissue Of Pe Durand Family Llc |
| Aldridge R | 1/14/2020 | 0.25 | $ 42.50 | $ - | Check Remails |
| Louis T | 1/15/2020 | 1.44 | $ 151.20 | $ - | 1099 Prep |
| Aldridge R | 1/15/2020 | 0.75 | $ 127.50 | $ - | 1099 Prep |
| Aldridge R | 1/16/2020 | 3.75 | $ 637.50 | $ - | 1099S |
| Louis T | 1/16/2020 | 0.31 | $ 32.55 | $ - | Transaction Review With Whitney Bank |
| Lato M | 1/17/2020 | 0.5 | $ 55.00 | $ - | 2019 1099 Prep |
| King K | 1/20/2020 | 1 | $ 185.00 | $ - | Rev 1099S |
| Louis T | 1/20/2020 | 0.37 | $ 38.85 | $ - | 2019 1099 Coordination |
| Lato M | 1/20/2020 | 0.25 | $ 27.50 | $ - | 2019 Tax Return & 1099 Prep |
| Louis T | 1/21/2020 | 0.2 | $ 21.00 | $ - | Coordination Of 2019 Tax Return Preparation |
| Tindall T | 1/21/2020 | 0.17 | $ 11.05 | $ - | Bank Reconciliation |
| Louis T | 1/22/2020 | 0.2 | $ 21.00 | $ - | 2019 1099 Coordination |
| Lato M | 1/22/2020 | 0.25 | $ 27.50 | $ - | 2019 1099 Prep |
| Bergeron M | 1/22/2020 | 1 | $ 150.00 | $ - | Bank Reconciliation And Financial Statements |
| Aldridge R | 1/23/2020 | 0.4 | $ 68.00 | $ - | Claimant Correspondence; Reporting |
| Tindall T | 1/23/2020 | 0.17 | $ 11.05 | $ - | Bank Reconciliations |
| Lato M | 1/23/2020 | 0.25 | $ 27.50 | $ - | 2019 Tax Return & 1099 Prep |
| Aldridge R | 1/27/2020 | 2.4 | $ 408.00 | $ - | 1099 Processing |
| Lato M | 1/27/2020 | 1 | $ 110.00 | $ - | 2019 1099 Prep |
| Duhon S | 1/27/2020 | 0.25 | $ 43.75 | $ - | Disbursement System Software Support |
| King K | 1/27/2020 | 0.3 | $ 55.50 | $ - | Rev 1099 Changes |
| Marionneaux K | 1/28/2020 | 0 | $ - | $ 57.22 | Accounting System Maintenance - 12/1/2019 |
| McGimsey A | 1/28/2020 | 0 | $ - | $ 35.25 | Disbursement System Maintenance - 12/1/2019 |
| Lato M | 1/29/2020 | 0.25 | $ 27.50 | $ - | 2019 Tax Return & 1099 Prep |
| Louis T | 1/30/2020 | 0.49 | $ 51.45 | $ - | Transaction Research And Review |
| Aldridge R | 1/30/2020 | 0.25 | $ 42.50 | $ - | Claimant Correspondence |
| Lato M | 1/30/2020 | 0.25 | $ 27.50 | $ - | 2019 Tax Return & 1099 Prep |
| Aldridge R | 1/31/2020 | 0.5 | $ 85.00 | $ - | 1099 Qc - L. Chaney |
| Tindall T | 1/31/2020 | 0.8 | $ 52.00 | $ - | Bank Reconciliations |
| King K | 1/31/2020 | 0.2 | $ 37.00 | $ - | Additional 1099 |
| Bergeron M | 1/31/2020 | 1.5 | $ 225.00 | $ - | Bank Reconciliation And Financial Statements |
| Lato M | 1/31/2020 | 0.25 | $ 27.50 | $ - | 2019 Tax Return & 1099 Prep |
| Louis T | 2/3/2020 | 0.5 | $ 52.50 | $ - | Claimant Communications/Support; Payment Research |
| Louis T | 2/3/2020 | 0.42 | $ 44.10 | $ - | Bank Reconciliation Coordination |
| Bergeron M | 2/3/2020 | 2 | $ 300.00 | $ - | Bank Reconciliation And Financial Statements |
| Duhon S | 2/3/2020 | 0.25 | $ 43.75 | $ - | Disbursement System Software Support |
| Aldridge R | 2/3/2020 | 0.25 | $ 42.50 | $ - | Tax Updates |
| Duhon S | 2/5/2020 | 0.25 | $ 43.75 | $ - | Disbursement System Software Support |
| Louis T | 2/6/2020 | 1 | $ 105.00 | $ - | Processed 1099 Re-Mails |
| Bergeron M | 2/7/2020 | 0.5 | $ 75.00 | $ - | Bank Reconciliation And Financial Statements |
| Aldridge R | 2/7/2020 | 0.5 | $ 85.00 | $ - | Project Management |
| Tindall T | 2/10/2020 | 0.2 | $ 13.00 | $ - | Bank Reconciliations |
| Aldridge R | 2/11/2020 | 1.25 | $ 212.50 | $ - | Claimant Correspondence |
| Bergeron M | 2/12/2020 | 0.25 | $ 37.50 | $ - | Bank Reconciliation Review |
| Louis T | 2/13/2020 | 0.49 | $ 51.45 | $ - | Processed 1099 Re-Mails |
| Louis T | 2/14/2020 | 0.4 | $ 42.00 | $ - | Processed Returned 1099S |
| Aldridge R | 2/20/2020 | 0.75 | $ 127.50 | $ - | Final Approval Review |
| Louis T | 2/26/2020 | 0.33 | $ 34.65 | $ - | Project Management General |
| Louis T | 2/27/2020 | 0.71 | $ 74.55 | $ - | Claimant Support And Research (Tax Inquiry) |
| Aymond J | 2/27/2020 | 0 | $ - | $ 375.06 | E-File Fee - 2019 1099S |
| McGimsey A | 2/27/2020 | 0 | $ - | $ 56.05 | Accounting System Maintenance - 1/1/2020 |
| McGimsey A | 2/27/2020 | 0 | $ - | $ 31.78 | Disbursement System Maintenance - 1/1/2020 |
| Louis T | 3/5/2020 | 0.2 | $ 21.00 | $ - | Accounting/Reconciliation Update |
| Tindall T | 3/5/2020 | 0.3 | $ 19.50 | $ - | Bank Reconciliations |
| Aldridge R | 3/6/2020 | 1.8 | $ 306.00 | $ - | Reporting |
| Aldridge R | 3/8/2020 | 0.75 | $ 127.50 | $ - | Reporting |
| Aldridge R | 3/9/2020 | 1.5 | $ 255.00 | $ - | Support |
| Aldridge R | 3/10/2020 | 1 | $ 170.00 | $ - | Reporting |
| Aldridge R | 3/11/2020 | 0.5 | $ 85.00 | $ - | Reporting |
| Aldridge R | 3/12/2020 | 1.3 | $ 221.00 | $ - | Reporting; Project Management |
| Aldridge R | 3/13/2020 | 1.2 | $ 204.00 | $ - | Reports/Mailings |
| Aldridge R | 3/16/2020 | 0.5 | $ 85.00 | $ - | Claimant Support - Tax Documents |
| Aldridge R | 3/16/2020 | 2.5 | $ 425.00 | $ - | Mailing List |
| Aldridge R | 3/17/2020 | 0.5 | $ 85.00 | $ - | Mailing - News Letter |
| Louis T | 3/19/2020 | 0 | $ - | $ 546.01 | Attorney News Letter - 3.19.20 |
| Aldridge R | 3/19/2020 | 0.75 | $ 127.50 | $ - | Mailings & Reporting |
| Louis T | 3/23/2020 | 0.3 | $ 31.50 | $ - | Project Management General (Ap) |
| Marionneaux K | 3/26/2020 | 0 | $ - | $ 50.79 | Accounting System Maintenance - 2/1/2020 |
| Aymond J | 3/26/2020 | 0 | $ - | $ 1.41 | E-File Fee - 2019 1099S |

| EMPLOYEE | DATE | HOURS | Fees | Expenses | MEMO |
|---|---|---|---|---|---|
| McGimsey A | 3/26/2020 | 0 | $ - | $ 47.44 | Disbursement System Maintenance & Fees - 2/1/2020 |
| Aldridge R | 3/27/2020 | 0.25 | $ 42.50 | $ - | Claimant Communication & System Updates |
| Louis T | 3/30/2020 | 0.22 | $ 23.10 | $ - | Project Management General |
| Aldridge R | 3/30/2020 | 0.25 | $ 42.50 | $ - | Claimant Communication |
| Aldridge R | 4/6/2020 | 0.75 | $ 127.50 | $ - | Attorney Reporting |
| Bergeron M | 4/8/2020 | 0.75 | $ 112.50 | $ - | Bank Reconciliation Review |
| Aldridge R | 4/16/2020 | 0.9 | $ 153.00 | $ - | Claims Reporting |
| Aldridge R | 4/17/2020 | 0 | $ - | $ 540.00 | SharePoint Subscription Fees |
| Singletary M | 4/20/2020 | 0 | $ - | $ 45.97 | Disbursement System Maintenance & Fees - 3/1/2020 |
| Aldridge R | 4/21/2020 | 1.5 | $ 255.00 | $ - | Reporting |
| Louis T | 4/27/2020 | 0.3 | $ 31.50 | $ - | Bank Reconciliation Coordination |
| Aldridge R | 4/28/2020 | 0.75 | $ 127.50 | $ - | Project Management |
| Marionneaux K | 4/28/2020 | 0 | $ - | $ 48.16 | Accounting System Maintenance - 3/1/2020 |
| McGimsey A | 4/28/2020 | 0 | $ - | $ 45.75 | Disbursement System Maintenance & Fees - 4/1/2020 |
| Aldridge R | 4/29/2020 | 0.25 | $ 42.50 | $ - | Project Management |
| Louis T | 5/1/2020 | 0.75 | $ 78.75 | $ - | Claimant Support |
| Aldridge R | 5/1/2020 | 2 | $ 340.00 | $ - | Disbursement Calculation - Aig/Zurich |
| Aldridge R | 5/4/2020 | 4 | $ 680.00 | $ - | Allocation Calculation & Allocation Meeting With Counsel |
| Aldridge R | 5/5/2020 | 0.5 | $ 85.00 | $ - | Reporting |
| Aldridge R | 5/7/2020 | 0.5 | $ 85.00 | $ - | Claimant Communication |
| Aldridge R | 5/8/2020 | 0.5 | $ 85.00 | $ - | Project Management |
| Louis T | 5/12/2020 | 0.2 | $ 21.00 | $ - | Bank Reconciliation Coordination |
| Bergeron M | 5/12/2020 | 0.25 | $ 37.50 | $ - | Bank Reconciliation Review |
| Tindall T | 5/12/2020 | 0.33 | $ 21.45 | $ - | Bank Reconciliations |
| Aldridge R | 5/12/2020 | 0.5 | $ 85.00 | $ - | Reporting |
| Aldridge R | 5/13/2020 | 0.75 | $ 127.50 | $ - | Reporting |
| Aldridge R | 5/15/2020 | 0.75 | $ 127.50 | $ - | Reporting |
| Louis T | 5/19/2020 | 0.25 | $ 26.25 | $ - | Project Management General- Claimant Supporting Documentation |
| Aldridge R | 5/19/2020 | 0.5 | $ 85.00 | $ - | Claimant Communication |
| Louis T | 5/20/2020 | 0.2 | $ 21.00 | $ - | Project Management General |
| Louis T | 5/22/2020 | 0.26 | $ 27.30 | $ - | Claimant Support |
| Marionneaux K | 5/26/2020 | 0 | $ - | $ 35.00 | Accounting System Maintenance - 4/1/2020 |
| Louis T | 6/1/2020 | 0.33 | $ 34.65 | $ - | Bank Reconciliation Coordination |
| Aldridge R | 6/1/2020 | 1.25 | $ 212.50 | $ - | Disbursement Calc |
| Bergeron M | 6/3/2020 | 0.25 | $ 37.50 | $ - | Bank Reconciliation Review |
| Aldridge R | 6/3/2020 | 0.75 | $ 127.50 | $ - | Address Updates |
| Bergeron M | 6/4/2020 | 0.25 | $ 37.50 | $ - | Bank Reconciliation Review |
| Aldridge R | 6/4/2020 | 0.75 | $ 127.50 | $ - | Allocation Method |
| Tindall T | 6/4/2020 | 0.25 | $ 16.25 | $ - | Bank Reconciliations |
| Aldridge R | 6/5/2020 | 0.5 | $ 85.00 | $ - | Address Updates |
| Aldridge R | 6/8/2020 | 1 | $ 170.00 | $ - | Claimant Support |
| Aldridge R | 6/10/2020 | 1 | $ 170.00 | $ - | Claimant Support |
| Aldridge R | 6/15/2020 | 0.75 | $ 127.50 | $ - | Aig Zurich Claim Review |
| Aldridge R | 6/18/2020 | 0.75 | $ 127.50 | $ - | Claimant Communication |
| Marionneaux K | 6/24/2020 | 0 | $ - | $ 35.00 | Accounting System Maintenance - 5/1/2020 |
| McGimsey A | 6/24/2020 | 0 | $ - | $ 45.75 | Disbursement System Maintenance & Fees - 5/1/2020 |
| Pertuit K | 6/24/2020 | 0 | $ - | $ 263.16 | Accounting System Annual Fee |
| Aldridge R | 6/26/2020 | 1.2 | $ 204.00 | $ - | Allocation |
| Aldridge R | 6/30/2020 | 0.75 | $ 127.50 | $ - | Claimant Communication; Pm |
| Aldridge R | 7/6/2020 | 0.75 | $ 127.50 | $ - | Claim Review |
| Aldridge R | 7/11/2020 | 1.75 | $ 297.50 | $ - | Claim Review |
| Tindall T | 7/14/2020 | 0.33 | $ 21.45 | $ - | Bank Reconciliations |
| Louis T | 7/28/2020 | 0.47 | $ 49.35 | $ - | Project Management General - Banking |
| Pertuit K | 7/28/2020 | 0 | $ - | $ 35.00 | Accounting System Maintenance - 6/1/2020 |
| McGimsey A | 7/28/2020 | 0 | $ - | $ 45.75 | Disbursement System Maintenance & Fees - 6/1/2020 |
| Aldridge R | 8/19/2020 | 0.9 | $ 153.00 | $ - | Allocations - Aig Zurich |
| Aldridge R | 8/20/2020 | 6.75 | $ 1,147.50 | $ - | Claim Processing |
| Aldridge R | 8/21/2020 | 3.6 | $ 612.00 | $ - | Allocations - Aig/Zurich |
| Aldridge R | 8/24/2020 | 5 | $ 850.00 | $ - | Claim Processing & Allocations |
| Aldridge R | 8/25/2020 | 4.8 | $ 816.00 | $ - | Claim Processing & Allocations |
| Marionneaux K | 8/26/2020 | 0 | $ - | $ 35.00 | Accounting System Maintenance - 7/1/2020 |
| McGimsey A | 8/26/2020 | 0 | $ - | $ 45.98 | Disbursement System Maintenance & Fees - 7/1/2020 |
| Aldridge R | 8/26/2020 | 2.4 | $ 408.00 | $ - | Claim Processing And Award Allocation |
| Aldridge R | 8/27/2020 | 0.8 | $ 136.00 | $ - | Claimant Communication & Claims Updates |
| Aldridge R | 9/1/2020 | 0.75 | $ 127.50 | $ - | Project Management |
| Aldridge R | 9/2/2020 | 1.4 | $ 238.00 | $ - | Claims Review |
| Aldridge R | 9/3/2020 | 2.2 | $ 374.00 | $ - | Claims Review |
| Sibley K | 9/17/2020 | 0 | $ - | $ 148.00 | Po Box Annual Fee |
| Louis T | 9/18/2020 | 1 | $ 105.00 | $ - | Receipt And Review Of Various Tax Notices |
| Marionneaux K | 9/28/2020 | 0 | $ - | $ 35.00 | Accounting System Maintenance - 8/1/2020 |
| McGimsey A | 9/28/2020 | 0 | $ - | $ 45.75 | Disbursement System Maintenance & Fees - 8/1/2020 |
| Aldridge R | 10/6/2020 | 0.75 | $ 127.50 | $ - | Reporting |
| Aldridge R | 10/7/2020 | 0.75 | $ 127.50 | $ - | Reporting |
| Louis T | 10/20/2020 | 0.11 | $ 11.55 | $ - | Disbursement System Review |
| Marionneaux K | 10/26/2020 | 0 | $ - | $ 35.00 | Accounting System Maintenance - 9/1/2020 |
| McGimsey A | 10/26/2020 | 0 | $ - | $ 45.75 | Disbursement System Maintenance & Fees - 9/1/2020 |
| Louis T | 10/28/2020 | 0.22 | $ 23.10 | $ - | Accounting Review |
| Marionneaux K | 11/1/2020 | 0 | $ - | $ 35.00 | Accounting System Maintenance - 10/1/2020 |
| Charles P | 11/1/2020 | 0 | $ - | $ 45.75 | Disbursement System Maintenance & Fees - 10/1/2020 |
| Aldridge R | 11/30/2020 | 1 | $ 170.00 | $ - | Attorney Support |
| McGimsey A | 12/1/2020 | 0 | $ - | $ 35.00 | Accounting System Maintenance - 11/1/2020 |
| McGimsey A | 12/1/2020 | 0 | $ - | $ 45.75 | Disbursement System Maintenance & Fees - 11/1/2020 |
| Louis T | 12/4/2020 | 0.27 | $ 28.35 | $ - | Bank Reconciliation Coordination |
| Aldridge R | 12/10/2020 | 0.25 | $ 42.50 | $ - | Attorney Correspondence |
| Aldridge R | 12/15/2020 | 0.25 | $ 42.50 | $ - | Check Re-Issue |
| Louis T | 12/17/2020 | 0.45 | $ 47.25 | $ - | Payment Processing |
| McGimsey A | 1/1/2021 | 0 | $ - | $ 35.00 | Accounting System Maintenance - 12/1/2020 |
| McGimsey A | 1/1/2021 | 0 | $ - | $ 45.56 | Disbursement System Maintenance & Fees - 12/1/2020 |
| Aldridge R | 1/21/2021 | 0.75 | $ 131.25 | $ - | 1099S And W-9 Request |
| Hogan P | 1/25/2021 | 0.75 | $ 48.75 | $ - | 2020 1099 Prep |
| Kliebert D | 1/26/2021 | 0.17 | $ 19.55 | $ - | 1099 Review |
| Tripp V | 1/26/2021 | 0.25 | $ 16.25 | $ - | 2020 1099 Assembly |
| McGimsey A | 2/24/2021 | 0 | $ - | $ 47.24 | Disbursement System Maintenance & Fees - 1/1/2021 |
| McGimsey A | 2/24/2021 | 0 | $ - | $ 35.00 | Accounting System Maintenance - 1/1/2021 |
| Marionneaux K | 3/1/2021 | 0 | $ - | $ 41.67 | Accounting System Maintenance - 2/1/2021 |
| Charles P | 3/1/2021 | 0 | $ - | $ 41.05 | Disbursement System Maintenance & Fees - 2/1/2021 |
| Aldridge R | 3/15/2021 | 0.75 | $ 131.25 | $ - | Attorney Reporting |
| Aldridge R | 3/17/2021 | 0.25 | $ 43.75 | $ - | Class List Reporting |

| EMPLOYEE | DATE | HOURS | Fees | Expenses | MEMO |
|---|---|---|---|---|---|
| Aldridge R | 3/18/2021 | 1 | $ 175.00 | $ - | Reporting: Attorney Updates; Pm |
| Forshag T | 3/22/2021 | 2 | $ 230.00 | $ - | Attorney News Letter Mail Process Management |
| Aldridge R | 3/22/2021 | 0.5 | $ 87.50 | $ - | Attorney News Letters |
| Louis T | 3/23/2021 | 0.17 | $ 18.70 | $ - | Project Management General |
| Aldridge R | 3/23/2021 | 1.2 | $ 210.00 | $ - | Status Call With Class Counsel; Claimant Reporting; News Letter Mailing |
| Forshag T | 3/23/2021 | 1.5 | $ 172.50 | $ - | Attorney News Letter Mail Process Management |
| Guidry J | 3/25/2021 | 0 | $ - | $ 545.47 | Attorney News Letter - 3.19.21 |
| Aldridge R | 3/26/2021 | 0.25 | $ 43.75 | $ - | Attorney Notice Process Management |
| Aldridge R | 3/30/2021 | 0.25 | $ 43.75 | $ - | Project Management |
| Charles P | 4/1/2021 | 0 | $ - | $ 41.05 | Disbursement System Maintenance & Fees - 3/1/2021 |
| Marionneaux K | 4/1/2021 | 0 | $ - | $ 42.15 | Accounting System Maintenance - 3/1/2021 |
| Aldridge R | 4/22/2021 | 0.25 | $ 43.75 | $ - | Project Management |
| Louis T | 4/23/2021 | 0.45 | $ 49.50 | $ - | Project Management General (Banking) |
| Aldridge R | 4/23/2021 | 0.25 | $ 43.75 | $ - | Project Management |
| Aldridge R | 4/27/2021 | 0.5 | $ 87.50 | $ - | Reporting |
| Guidry J | 4/28/2021 | 0 | $ - | $ 540.00 | SharePoint Subscription Fees |
| Aldridge R | 4/28/2021 | 0.75 | $ 131.25 | $ - | Client Reporting |
| Marionneaux K | 5/1/2021 | 0 | $ - | $ 40.36 | Accounting System Maintenance - 4/1/2021 |
| Charles P | 5/1/2021 | 0 | $ - | $ 41.05 | Disbursement System Maintenance & Fees - 4/1/2021 |
| Aldridge R | 5/14/2021 | 0.25 | $ 43.75 | $ - | Reporting |
| Louis T | 5/14/2021 | 0.25 | $ 27.50 | $ - | Project Management General |
| Aldridge R | 5/17/2021 | 0.2 | $ 35.00 | $ - | Client Emails; Project Management |
| Schwartz B | 5/17/2021 | 0.2 | $ 50.00 | $ - | Obtain and review tearsheet from CUJ. |
| Marionneaux K | 6/1/2021 | 0 | $ - | $ 38.57 | Accounting System Maintenance - 5/1/2021 |
| Charles P | 6/1/2021 | 0 | $ - | $ 40.89 | Disbursement System Maintenance & Fees - 5/1/2021 |
| Marionneaux K | 6/1/2021 | 0 | $ - | $ 185.19 | Accounting System - Annual Fee |
| Aldridge R | 6/24/2021 | 0.25 | $ 43.75 | $ - | Project Management |
| Aldridge R | 6/28/2021 | 1.1 | $ 192.50 | $ - | TB- Draft Settlement Review; Call With Counsel |
| Louis T | 6/29/2021 | 0.12 | $ 13.20 | $ - | Bank reconciliation review and coordination |
| Bergeron M | 6/30/2021 | 0.5 | $ 75.00 | $ - | recons |
| Marionneaux K | 7/1/2021 | 0 | $ - | $ 38.70 | Accounting System Maintenance - 6/1/2021 |
| Charles P | 7/1/2021 | 0 | $ - | $ 40.89 | Disbursement System Maintenance & Fees - 6/1/2021 |
| Tindall T | 7/1/2021 | 2 | $ 150.00 | $ - | Bank Recs - June 2020 - May 2021 And 2020 Year End Reports |
| Aldridge R | 7/26/2021 | 0.25 | $ 43.75 | $ - | Project Management |
| Aldridge R | 7/27/2021 | 0.25 | $ 43.75 | $ - | Project Management |
| Aldridge R | 7/29/2021 | 0.35 | $ 61.25 | $ - | Notice Newsletter Review |
| Marionneaux K | 8/1/2021 | 0 | $ - | $ 40.55 | Accounting System Maintenance - 7/1/2021 |
| Charles P | 8/1/2021 | 0 | $ - | $ 40.89 | Disbursement System Maintenance & Fees - 7/1/2021 |
| Aldridge R | 8/2/2021 | 0.75 | $ 131.25 | $ - | Draft Notice Packet Insert |
| Aldridge R | 8/3/2021 | 0.75 | $ 131.25 | $ - | Document Review; Call With Counsel |
| Aldridge R | 8/4/2021 | 0.25 | $ 43.75 | $ - | Project Management |
| Schwartz B | 8/4/2021 | 2 | $ 500.00 | $ - | Calls With Papers To Negotiate Rates. Update Estimate Design. |
| Aldridge R | 8/5/2021 | 0.5 | $ 87.50 | $ - | TB Settlement - Project Management |
| Schwartz B | 8/6/2021 | 0.1 | $ 25.00 | $ - | Engagement Updates |
| Schwartz B | 8/6/2021 | 0.4 | $ 100.00 | $ - | Call With N.O/B.R. Advocate |
| Schwartz B | 8/6/2021 | 1 | $ 250.00 | $ - | Develop Newspaper Mockup. Provide Tentative Run Dates To Operations Team. |
| Aldridge R | 8/6/2021 | 3.25 | $ 568.75 | $ - | TB Settlement - Notice Updates & Formatting; Mail List Prep; Coordinate Publication Notice |
| Aldridge R | 8/9/2021 | 0.5 | $ 87.50 | $ - | TB Settlement - Notice Mailing Packet QC |
| Aldridge R | 8/10/2021 | 1.5 | $ 262.50 | $ - | TB Settlement - Notice Process Management; PM |
| Aldridge R | 8/11/2021 | 0.25 | $ 43.75 | $ - | Notice Process Management |
| Aldridge R | 8/12/2021 | 0.5 | $ 87.50 | $ - | Notice Process Management |
| Schwartz B | 8/13/2021 | 0.4 | $ 100.00 | $ - | Call With The Advocate. Review And Sign Insertion Order. |
| Aldridge R | 8/13/2021 | 0.5 | $ 87.50 | $ - | Notice Status Update; Notice Process Management |
| Schwartz B | 8/13/2021 | 0.5 | $ 125.00 | $ - | Call With Bayou Journal. Create Insertion Order And Submit. |
| Schwartz B | 8/13/2021 | 1.3 | $ 325.00 | $ - | Create Newspaper Notice For Each Publication. |
| Jordan B | 8/13/2021 | 0 | $ - | $ 9.94 | Postage - TB Mail Notice |
| Jordan B | 8/13/2021 | 0 | $ - | $ 75.26 | Postage - TB Mail Notice |
| Jordan B | 8/13/2021 | 0 | $ - | $ 142.00 | Postage - TB Mail Notice |
| Louis T | 8/16/2021 | 0.2 | $ 22.00 | $ - | Project Management General |
| Schwartz B | 8/16/2021 | 0.4 | $ 100.00 | $ - | Updates To Newspaper Notices |
| Louis T | 8/17/2021 | 0.2 | $ 22.00 | $ - | Project Management General |
| Aldridge R | 8/17/2021 | 0.35 | $ 61.25 | $ - | Reporting: Claimant Correspondence |
| Schwartz B | 8/19/2021 | 0.2 | $ 50.00 | $ - | Review Advocate Proof And Approve For Publication |
| Aldridge R | 8/19/2021 | 0.25 | $ 43.75 | $ - | Project Management |
| Schwartz B | 8/19/2021 | 0.3 | $ 75.00 | $ - | Final Review Of Notice For The Advocate. Submit To Publication |
| Aldridge R | 8/24/2021 | 0.15 | $ 26.25 | $ - | Project Management |
| Bergeron M | 8/25/2021 | 0.25 | $ 37.50 | $ - | Bank Account Recons |
| Jordan B | 9/1/2021 | 0 | $ - | $ 1,139.30 | Notice Mailing - Packet Printing |
| Jordan B | 9/1/2021 | 0 | $ - | $ 5,716.00 | Publication Notice |
| Jordan B | 9/1/2021 | 0 | $ - | $ 113.36 | Notice Mailing - Packet Printing |
| Schwartz B | 9/9/2021 | 0.4 | $ 100.00 | $ - | Review Tearsheets. Update Case Tracking. Follow Up With Operations Lead. |
| Aldridge R | 9/13/2021 | 0.35 | $ 61.25 | $ - | Project Management |
| Aldridge R | 9/14/2021 | 5.25 | $ 918.75 | $ - | Award Determinations; Client Call; Re Fairness Hearing Prep; Notice Declaration |
| Schwartz B | 9/14/2021 | 0.2 | $ 50.00 | $ - | Invoice Reconciliation |
| Aldridge R | 9/15/2021 | 0.25 | $ 43.75 | $ - | Project Management |
| Aldridge R | 9/15/2021 | 1.5 | $ 262.50 | $ - | Finalize Notice Declaration And Review Draft Motions |
| Totals: | | 161.98 | $ 26,153.75 | $ 12,298.06 | |

| | | | | | |
|---|---|---|---|---|---|
| | | | Grand Total: | $ 38,451.81 | |