# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LISA T. LEBLANC, ET AL** ) | |
| ) | **CIVIL ACTION NO. 12-2059** |
| Plaintiff(s), ) | |
| **VERSUS** ) | |
| ) | **SECTION: "A" (4)** |
| ) | |
| **TEXAS BRINE, CO., LLC, ET AL** ) | |
| ) | **MAGISTRATE JUDGE** |
| Defendant(s) ) | |

**Ref Case: 13-cv-5227 (*Sanchez*)**

---

**REPORT AND RECOMMENDATION NO. 13**
**(Allocation of Common Benefit Fee)**
**(AIG/Zurich Settlement)**
**(Texas Brine – Non Hebert Heirs Settlement)**

---

**MAY IT PLEASE THE COURT:**

Pursuant to this Court's Order entered October 14, 2021 [Rec. Doc. 2542] the undersigned submits this Report and Recommendation regarding the allocation and disbursement of common benefit attorneys' fees.

The Court appointed Calvin C. Fayard, Jr. (Chairman), Lawrence J. "Larry" Centola, Matthew B. Moreland, and Richard G. Perque as members of the Plaintiffs' Steering Committee, to serve as Class Counsel with the responsibility to manage and prosecute this action for the Class as a whole. Each has submitted a request with supporting documentation for common benefit fees for themselves and their firms, as has Lana O. Chaney, and Heidi M. Gould.

As part of my effort to assess the various efforts and make this report and recommendation regarding common benefit fees, I gave each attorney an opportunity for a private conference to present anything he or she wished to be considered in this part of my undertaking.

At the outset, I note the task at hand is not solely a matter of counting hours (this effort was reported previously), but rather assigning a weight to each person or entity's input in the product achieved as a result of the collective effort of the group.

This Court has approved a 1/3 fee and other than the foregoing attorneys, no other applications were received regarding common benefit fees. Referral fees are owed to the following:

| | |
|---|---|
| Huber, Thomas & Marcell | $20,138.27 |
| Sal Christina | $5,550.10 |
| Dugas & Mire | $3,740.59 |
| Robert Schmolke | $280.66 |

The attorneys have certified that the division of fees with the non-PSC members are reasonable and comply with the Rules of Professional Conduct Rule 1.5(e).

Consequently, it is my recommendation that the remaining common benefit fees, i.e., $478,623.70, be allocated as follows:

| | |
|---|---|
| Fayard & Honeycutt (APC) | $168,336.21 |
| Martzell & Bickford | $158,287.49 |
| Heidi M. Gould | $66,000.00 |
| Lana O. Chaney | $56,000.00 |
| Matthew Moreland | $18,000.00 |
| Richard Perque | $12,000.00 |

The undersigned respectfully submits this report and recommendation.

Thus done and signed, this 19th day of January, 2022, in Gonzales, Louisiana.

                                                  Respectfully Submitted:

                                                  */s/ Ralph Tureau*
                                                  RALPH TUREAU
                                                  Special Master
                                                  P.O. Box 1239
                                                  Gonzales, LA  70707-1239

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of January, 2022, a copy of the above and foregoing has been electronically filed with the Clerk of Court using the CM/ECF system, which then sent notification of such filing to all counsel of record.

                                                  */s/ Ralph Tureau*
                                                  RALPH TUREAU